UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CV11-5977**

Richard Burkhart
                    Plaintiff
-vs-

Capital One Bank, NA (USA)
&
Rubin and Rothman, LLC
                    Defendant(s)

ORIGINAL

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

IRIZARRY, J.

GO, M.J.

I, Richard Burkhart, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

   Time Warner Cable - 100 Cable Way, SI, NY
   $2500/month

2. If you are **NOT PRESENTLY EMPLOYED**:
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**
   N/A

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
   N/A

   a) Are you receiving any public benefits?  ☒ No  ☐ Yes, $ _____
   b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $ _____

RECEIVED
DEC - 5 2011
PRO SE OFFICE

In Forma Pauperis Form-General - U.S. District Court-EDNY Rev. 6/2002

4. Do you have any money, including any money in a checking or savings account? If so, how much?

Savings - $50   Checking $8.40

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

$480 month chid support to Katie Burkhart

7. Do you pay for (rent) or for a mortgage? If so, how much each month?

$1250/month + utilities (gas + electric)

8. State any special financial circumstances which the Court should consider.

I am under-employed and have a family of 4 to care for. I allegedly have over 30k in unsecured debt + medical bills and cannot afford the justice I seek.

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 11/29/2011

(signature)

rev. 7/2002

MARLENE DOMINA
Notary Public, State of New York
No. 01DO6159314
Qualified in Richmond County
Commission Expires January 16, 20_15